**EXHIBIT 1**

**Caerus Media LLC**

8 The Green, Suite 8070
Dover, DE  19901 US
info@caerusmedia.com

# Statement

| | |
|---|---|
| **TO** | **STATEMENT NO.** 1086 |
| Gray Harbor Consulting | **DATE** 10/30/2024 |
| 356 96th Street | **TOTAL DUE** $680,958.20 |
| Stone Harbor, NJ  08247 | **ENCLOSED** |
| United States | |

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 04/30/2024 | Invoice #2372: Due 05/30/2024. April | 219,676.50 | 14,676.50 |
| 05/31/2024 | Invoice #2379: Due 06/30/2024. May | 332,759.70 | 332,759.70 |
| 06/30/2024 | Invoice #2402: Due 07/30/2024. 202406 | 268,501.95 | 268,501.95 |
| 07/31/2024 | Invoice #2419: Due 08/30/2024. 202407 | 65,020.05 | 65,020.05 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 65,020.05 | 615,938.15 | **$680,958.20** |

Caerus Media LLC

# INVOICE

**BILL TO**
Gray Harbor Consulting
356 96th Street
Stone Harbor, NJ  08247
United States

**INVOICE #** 2419
**DATE** 07/31/2024
**DUE DATE** 08/30/2024
**TERMS** Net 30

**BILLING PERIOD**
July

| DESCRIPTION | AMOUNT |
|---|---|
| 1.5 - Register (Android - Kochava), 3 @ $1.35 | 4.05 |
| 30 - Extension Perm Install (iOS - Kochava), 65 @ $27.00 | 1,755.00 |
| 55 - Extension Install, 1,278 @ $49.50 | 63,261.00 |

Payment Instructions: Wire/ACH

Bank Name: UMB Bank NA
Bank Address: 1010 Grand Boulevard, Kansas City, MO 64106 USA
SWIFT Code: UMKCUS44
Routing Transit Number: 101-000-695

Beneficiary Name: Caerus Media LLC
Beneficiary Account: 987-270-3480
Beneficiary Address: 8 The Green Suite 8070, Dover, DE 19901 USA

| | |
|---|---|
| SUBTOTAL | 65,020.05 |
| TAX | 0.00 |
| TOTAL | 65,020.05 |
| BALANCE DUE | **$65,020.05** |

Caerus Media LLC

# INVOICE

**BILL TO**
Gray Harbor Consulting
356 96th Street
Stone Harbor, NJ  08247
United States

**INVOICE #** 2402
**DATE** 06/30/2024
**DUE DATE** 07/30/2024
**TERMS** Net 30

**BILLING PERIOD**
June

| DESCRIPTION | AMOUNT |
|---|---|
| 1.5 - Register (Android - Kochava), 27 @ $1.35 | 36.45 |
| 30 - Extension Perm Install (iOS - Kochava), 324 @ $27.00 | 8,748.00 |
| 45 - Extension Install, 1 @ $40.50 | 40.50 |
| 55 - Extension Install, 5,246 @ $49.50 | 259,677.00 |

Payment Instructions: Wire/ACH

Bank Name: UMB Bank NA
Bank Address: 1010 Grand Boulevard, Kansas City, MO 64106 USA
SWIFT Code: UMKCUS44
Routing Transit Number: 101-000-695

Beneficiary Name: Caerus Media LLC
Beneficiary Account: 987-270-3480
Beneficiary Address: 8 The Green Suite 8070, Dover, DE 19901 USA

| | |
|---|---|
| SUBTOTAL | 268,501.95 |
| TAX | 0.00 |
| TOTAL | 268,501.95 |
| BALANCE DUE | **$268,501.95** |

Caerus Media LLC

# INVOICE

**BILL TO**
Gray Harbor Consulting
356 96th Street
Stone Harbor, NJ  08247
United States

**INVOICE #** 2379
**DATE** 05/31/2024
**DUE DATE** 06/30/2024
**TERMS** Net 30

**BILLING PERIOD**
May

| DESCRIPTION | AMOUNT |
|---|---|
| 1.5 - Register (Android - Kochava), 32 @ $1.35 | 43.20 |
| 25 - Extension Perm Install (iOS - Kochava), 129 @ $22.50 | 2,902.50 |
| 30 - Extension Perm Install (iOS - Kochava), 182 @ $27.00 | 4,914.00 |
| 50 - Extension Install, 1,512 @ $45.00 | 68,040.00 |
| 55 - Extension Install, 5,189 @ $49.50 | 256,855.50 |
| Kash Kick - Signup, 2 @ $2.25 | 4.50 |

Payment Instructions: Wire/ACH

Bank Name: UMB Bank NA
Bank Address: 1010 Grand Boulevard, Kansas City, MO 64106 USA
SWIFT Code: UMKCUS44
Routing Transit Number: 101-000-695

Beneficiary Name: Caerus Media LLC
Beneficiary Account: 987-270-3480
Beneficiary Address: 8 The Green Suite 8070, Dover, DE 19901 USA

| | |
|---|---|
| SUBTOTAL | 332,759.70 |
| TAX | 0.00 |
| TOTAL | 332,759.70 |
| BALANCE DUE | **$332,759.70** |

Caerus Media LLC

# INVOICE

**BILL TO**
Gray Harbor Consulting
356 96th Street
Stone Harbor, NJ  08247
United States

**INVOICE #** 2372
**DATE** 04/30/2024
**DUE DATE** 05/30/2024
**TERMS** Net 30

---

**BILLING PERIOD**
April

| DESCRIPTION | AMOUNT |
|---|---|
| 1.5 - Register (Android - Kochava), 5 @ $1.35 | 6.75 |
| 25 - Extension Perm Install (iOS - Kochava), 82 @ $22.50 | 1,845.00 |
| 45 - Extension Install, 4,579 @ $45.00 | 206,055.00 |
| 40.5 - Extension Install, 7 @ $40.50 | 283.50 |
| Kash Kick - Signup (3/12–4/30), 5,105 @ $2.25 | 11,486.25 |

Payment Instructions: Wire/ACH

Bank Name: UMB Bank NA
Bank Address: 1010 Grand Boulevard, Kansas City, MO 64106 USA
SWIFT Code: UMKCUS44
Routing Transit Number: 101-000-695

Beneficiary Name: Caerus Media LLC
Beneficiary Account: 987-270-3480
Beneficiary Address: 8 The Green Suite 8070, Dover, DE 19901 USA

| | |
|---|---|
| SUBTOTAL | 219,676.50 |
| TAX | 0.00 |
| TOTAL | 219,676.50 |
| PAYMENT | 205,000.00 |
| BALANCE DUE | **$14,676.50** |